[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-11188
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Nov. 19, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-00493-CR-3-ODE-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEONARDO NUNEZ-VIRRAIZABAL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(November 19, 2009)

Before BARKETT, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Beth E. Edmondson, appointed counsel for Leonardo Nunez-Virraizabal in

this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Nunez-Virraizabal's conviction and sentence are **AFFIRMED**.